IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAMUEL BOWMAN,<br><br>        Petitioner,<br><br>vs.<br><br>SCOTT FRAKES, Director;<br><br>        Respondent. | **8:17CV344**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on Petitioner's Motion for Leave to Appeal in Forma Pauperis. (Filing No. 23.) Petitioner filed a Notice of Appeal (filing no. 20) on September 4, 2018. Petitioner appeals from the court's Memorandum and Order and Judgment dated August 7, 2018. (Filing Nos. 18 and 19.) Upon review of Petitioner's Motion for Leave to Appeal in Forma Pauperis, the court finds Petitioner is entitled to proceed in forma pauperis on appeal.

IT IS ORDERED that: Petitioner's Motion for Leave to Appeal in Forma Pauperis (filing no. 23) is granted.

Dated this 2nd day of October, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge